FILED

12/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0552

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0552

VICTORY INSURANCE COMPANY,

Petitioner/Appellant,

v.

OFFICE OF THE MONTANA STATE AUDITOR,

Respondent/Appellee.

## Order

Upon consideration of Appellee's unopposed motion for a 30-day extension of time, and good cause appearing, Appellee is granted an extension of time to and including February 3, 2025, in which to prepare, serve, and file the reply brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 24 2024